```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )     CRIMINAL NO. 06-10051-NG
      v.                 )
                         )
RICHARD L. MORTELLITI,   )
       Defendant         )
```

### JOINT INITIAL STATUS CONFERENCE REPORT

Pursuant to Local Rule 116.5(A), the parties hereby submit the following joint report for the Initial Status Conference:

1. Neither party is requesting relief from Local Rule 116.3 regarding discovery motion practice.

2. The Government reports it does not expect to call any expert witnesses in this case.

3. Neither side expects to provide any additional discovery. The defendant needs some additional time to inspect the documents which the Government is making available in this case.

4. Neither side expects any motions but we suggest June 14, 2006 as a motion date.

5. Defendant first appeared in this court on this case on March 14, 2006. The parties will file a joint motion for excludable delay from March 14, 2006 until June 7, 2006.

6. The defendant has indicated he may want to resolve this case without a trial. Counsel for both parties think it may be useful for them to take some time to discuss potential

resolutions without trial.

    7.   The parties suggest June 7, 2006 for a Final Status Conference.

    8.   Neither party requests an early joint conference with the District Judge and the Magistrate Judge.

                        Respectfully submitted,

| RICHARD L. MORTELLITI, Defendant | MICHAEL J. SULLIVAN United States Attorney |
|---|---|
| By: /s/ John A. Amabile<br>JOHN A. AMABILE, ESQUIRE<br>Attorney for Richard L. Mortelliti | By: /s/ Peter A. Mullin<br>PETER A. MULLIN<br>Assistant U.S. Attorney |
| Dated: 4/20/06 | Dated: 4/20/06 |