UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   v.                            )<br>)<br>**Richard L. Mortelliti**   )<br>   **Defendant.**              ) | Crim. No. 06-10051-NG-01 |

GERTNER, D.J.:

### ORDER EXTENDING SELF-SURRENDER DATE

It is hereby **ORDERED** that the defendant's self-surrender date of March 1, 2007, has been extended to March 16, 2007. The defendant shall self surrender for service, at the Institution designated by the Bureau of Prisons before 2:00pm on March 16, 2007.

**SO ORDERED.**

Date: February 21, 2007          /s/NANCY GERTNER, U.S.D.J.